**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ALVIN SUAREZ, on behalf of himself and all
Others similarly situated,

Civil Action No. 1:24-cv-7031

Plaintiffs,

-against-

BELKIN INTERNATIONAL, INC.,

**NOTICE OF VOLUNTARY DISMISSAL**

Defendant.

---------------------------------------------------------------x

Plaintiff Alvin Suarez, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: October 30, 2024

By: Gabriel Levy
_________________________

Gabriel A. Levy, Esq .
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com